USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/09/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARIA WELLS,

                                 Plaintiff,                        **ORDER SCHEDULING TELEPHONE CONFERENCE**

                -against-

                                                                **23-CV-1065 (LJL)**

LAW OFFICES OF ROSE & ROSE, PLLC,

                                 Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 12).  A telephone conference will be held on **Thursday, July 20, 2023 at 11:30 a.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: May 9, 2023
       New York, New York

                                                         _____
                                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge