

August 14, 2023

The Honorable Magistrate Judge Katharine H. Parker
VIA ECF

Re:  *Wells v. The Law Offices of Rose and Rose, PLLC et al.* 1:23-cv-1065
     Request for pre-settlement conference telephone call

Dear Judge Parker:

At the pre-settlement conference telephone call held on July 20, 2023 in the above referenced case, Counsel for Defendant Law Offices of Rose and Rose, PLLC informed the court that new counsel would be taking over representation for both Defendants. The Court scheduled the settlement conference for October 17, 2023 and instructed Plaintiff's counsel to request a new pre-settlement conference telephone call once new counsel had appeared.

Because new counsel has now appeared, Plaintiff writes to request that the court schedule a pre-settlement conference call telephone call.  After consulting with new counsel, all parties are available to participate in a call on any of the following dates if they are convenient for the court:

   September 14, 15, 25, 26, 27, 28, 2023
   October 3, 4, 6, 13, 16, 2023

The parties thank the Court for its consideration of this request.

Sincerely,

____/s/_____
Mary McCune (MM3298)
Manhattan Legal Services
*Attorneys for Plaintiff*
1 W. 125th St., 2nd Fl.
New York, NY 10027
(646) 442-3143 (phone/fax)
mmccune@lsnyc.org

**Manhattan Legal Services**  |  1 West 125th Street, 2nd Floor, New York, NY 10027
Phone: 646-442-3100  |  Fax: 212-348-4093  |  www.LegalServicesNYC.org
**Peggy Earisman**, Project Director

